COPY

STUART M. GORDON (SBN: 37477)
J. DOMINIC CAMPODONICO (SBN: 188035)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WYETH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE CONNELL,<br><br>                   Plaintiff,<br><br>   vs.<br><br>WYETH d/b/a WYETH, INC.; AMERICAN HOME PRODUCTS CORPORATION; A.H. ROBINS COMPANY, INC.,<br><br>                   Defendants. | CASE NO. C 06 1519WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO THE MDL**<br><br>Action Filed: February 27, 2006 |

-1-

JOINT STIPULATION AND [PROPOSED] ORDER

CASE NO. C 06 1519WHA

1   It is hereby STIPULATED between plaintiff and defendant Wyeth that the above-
2   captioned matter shall be STAYED for 60 days, and that hearing dates currently set by this
3   Court shall be taken off calendar pending transfer to Multi District Litigation Docket No. 1203,
4   In re: Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine Products Liability Litigation),
5   pending in the United States District Court for the Eastern District of Pennsylvania (the "MDL
6   Court") before Hon. Judge Harvey Bartle III. All deadlines shall be extended until 30 days after
7   transfer to the MDL Court is effective, or as otherwise ordered by the MDL Court.
8   IT IS SO STIPULATED.

10  DATED: June 1, 2006        GORDON & REES, LLP

12                              By: _____
13                              J. Dominic Campodonico
                                Attorneys for Defendant Wyeth

15  DATED: _____, 2006   CAREY & DANIS, L.L.C.

17                              By: _____
18                              Michael J. Flannery
                                Attorney for Plaintiff

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06 1519WHA

It is hereby STIPULATED between plaintiff and defendant Wyeth that the above-captioned matter shall be STAYED for 60 days, and that hearing dates currently set by this Court shall be taken off calendar pending transfer to Multi District Litigation Docket No. 1203, In re: Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine Products Liability Litigation), pending in the United States District Court for the Eastern District of Pennsylvania (the "MDL Court") before Hon. Judge Harvey Bartle III. All deadlines shall be extended until 30 days after transfer to the MDL Court is effective, or as otherwise ordered by the MDL Court.

IT IS SO STIPULATED.

DATED: _____, 2006      GORDON & REES, LLP

By: _____
J. Dominic Campodonico
Attorneys for Defendant Wyeth

DATED: _____, 2006      CAREY & DANIS, L.L.C.

By: _____
Michael J. Flannery
Attorney for Plaintiff

1  IT IS SO ORDERED.

2  DATED: _____June 1_____, 2006

   **APPROVED**
   *[signature]*
   Judge William Alsup

4  By: _____
   HON. WILLIAM H. ALSUP
5  UNITED STATES DISTRICT COURT JUDGE